UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

WING F. CHAU and HARDING ADVISORY LLC,   :

                                             :   Index No. 11-CV-1333 (GBD)

                 Plaintiffs,   :   ECF Case

             -against-   :

MICHAEL LEWIS, STEVEN EISMAN, and W.W.   :   **NOTICE OF MOTION**
NORTON & COMPANY, INC.,   :   <u>ORAL ARGUMENT REQUESTED</u>

                Defendants.   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

## **MICHAEL LEWIS AND W.W. NORTION & COMPANY, INC.'S <br> <u>NOTICE OF MOTION FOR SUMMARY JUDGMENT</u>**

       PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the

accompanying Statement of Undisputed Facts pursuant to Local Rule 56.1, the Declarations of

Michael Lewis dated April 10, 2012, Starling Lawrence dated April 10, 2012, Renee Schwartz

dated April 12, 2012, Annika Goldman dated April 13, 2012, Gabriel Rauterberg dated April 13,

2012, Daniel Crespo dated April 11, 2012, Jacob Goldstein dated April 13, 2012, and Steven

Eisman dated April 11, 2012, the Affirmation of Michael Blasie dated April 13, 2012, the

Exhibits thereto, and all the pleadings and papers previously filed herein, defendants Michael

Lewis and W.W. Norton & Company, Inc., by their undersigned counsel, will move this Court

before the Honorable George B. Daniels, United States District Judge at the United States

Courthouse, 500 Pearl Street, New York, New York, at a date and time to be determined by the

Court, for an order granting Michael Lewis and W.W. Norton & Company, Inc.'s motions for

summary judgment in the above-captioned action, pursuant to Rule 56 of the Federal Rules of
Civil Procedure, and for any such other and further relief as the Court may deem just and proper.

PURSUANT to the agreement of the parties, and "So Ordered" by Chief Magistrate
Judge Kevin Fox, opposition papers shall be served on or before May 11, 2012 and reply papers
shall be served on or before May 25, 2012.


Dated: New York, New York
       April 13, 2012

Respectfully submitted,

COOLEY LLP

By: _Celia Goldwag Barenholtz_

Celia Goldwag Barenholtz

1114 Avenue of the Americas
New York, New York  10036
(212) 479-6000 (phone)
(212) 479-6275 (fax)
cbarenholtz@cooley.com

*Attorneys for Defendants Michael Lewis and W.W.
Norton & Company, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of April 2012, the foregoing Notice of Motion; Memorandum of Law; Statement of Undisputed Facts Pursuant to Local Rule 56.1; Declarations of Michael Lewis, Starling Lawrence, Renee Schwartz, Annika Goldman, Gabriel Rauterberg, and Daniel Crespo; Affirmation of Michael Blasie; and the exhibits thereto were served by electronic transfer to the following:

Steven Molo, Esq.
MoloLamken LLP
540 Madison Avenue
New York, NY 10022
smolo@mololamken.com

*Attorneys for Plaintiffs Harding Advisory LLC and Wing F. Chau*

David A. Schulz, Esq.
Levine, Sullivan, Koch & Schulz, LLP
321 West 44th Street
Suite 510
New York, NY 10036
dschulz@lskslaw.com

*Attorneys for Defendant Steven Eisman*

Jennifer Pavane Kenter