PUBLIC VERSION -
CONFIDENTIAL
MATERIAL REDACTED

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WING F. CHAU and HARDING ADVISORY LLC,   :

: Index No. 11-CV-1333 (GBD)(KNF)

Plaintiffs,   : ECF Case

-against-   :

MICHAEL LEWIS, STEVEN EISMAN, and W.W.   :
NORTON & COMPANY, INC.,
:

Defendants.   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF MOTION FOR SUMMARY JUDGMENT
## ON BEHALF OF DEFENDANT STEVEN EISMAN

PLEASE TAKE NOTICE that, upon the Statement of Material Undisputed Facts annexed hereto pursuant to Local Rule 56.1(a), the Declaration of Steven Eisman (with its attached exhibits), the Declaration of Jacob P. Goldstein (with its attached exhibits), the accompanying Memorandum of Law, the motion papers submitted by co-defendants Michael Lewis and W.W. Norton & Company, Inc. as incorporated by reference, and all the pleadings and papers previously filed herein, defendant Steven Eisman hereby respectfully moves this Court, before the Honorable George B. Daniels, for an order, pursuant to Fed. R. Civ. P. 56(a), entering summary judgment in his favor and dismissing the Complaint against him in its entirety, and for such other and further relief as may be just, proper, and equitable. Under the Court's Scheduling Order (Dkt. #43), answering papers shall be due on May 11, 2012, and reply papers shall be due on May 25, 2012.

Dated:   New York, New York
         April 13, 2012

*Of Counsel*:

Celeste Phillips
Paul Safier
LEVINE SULLIVAN KOCH & SCHULZ, LLP

Respectfully submitted,

LEVINE SULLIVAN KOCH & SCHULZ, LLP

_____
David A. Schulz
Michael D. Sullivan
Jacob P. Goldstein
321 West 44th Street, Suite 510
New York, NY 10036
Tel:  (212) 850-6100;
Fax:  (212) 850-6299

*Attorneys for Defendant Steven Eisman*

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of April, 2012, a copy of the foregoing was served by ECF, email and Federal Express priority overnight courier upon the following:

> Steve Molo, Esq.
> MoloLamken LLP
> 540 Madison Avenue
> New York, NY 10022
> smolo@mololamken.com
>
> *Attorneys for Plaintiffs Harding Advisory LLC and Wing F. Chau*
>
>
> Celia Goldwag Barenholtz
> Gabriel Rauterberg
> Cooley LLP
> 1114 Avenue of the Americas
> New York, NY 10036
> cbarenholtz@cooley.com
>
> *Attorneys for Defendants Michael Lewis and W.W. Norton & Company, Inc.*

Jacob P. Goldstein